UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Justin Robinson,

Plaintiff,

vs. ORDER

Dakota County Jail Administration,
Judy Burrows, and Commander
Mike Scott,

Defendants. Civ. No. 01-1819 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiff's Complaint [Docket No. 1] is dismissed for failure to comply with this Court's Order dated October 26, 2001, and for failure to prosecute.

2. That the Plaintiff's Application to proceed <u>in forma pauperis</u> [Docket No. 2] is DENIED, as moot.

BY THE COURT:

Chief Judge James M. Rosenbaum
United States District Court

DATED: January 8, 2002
At Minneapolis, Minnesota

FILED
RICHARD D. SLETTEN, CLERK
JAN 11 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______